**2010–1975.  State v. Lampkin.**

Lucas App. No. L–09–1270, 2010-Ohio-4934 and 2010-Ohio-5988. Discretionary appeal not accepted. Discretionary cross-appeal accepted; cause held for the decision in 2010–1007 and 2010–1372, *State v. Lester,* Auglaize App. No. 2–10–20; cause consolidated with 2010–2232, *State v. Lampkin,* Lucas App. No. L–09–1270, 2010-Ohio-4934 and 2010-Ohio-5988; and briefing schedule stayed.

**2010–2088.  State v. Hughes.**

Hamilton App. No. C–090842. Discretionary appeal accepted; cause held for the decision in 2010–0819, *State v. Mbodji,* Hamilton App. No. C–090384; and briefing schedule stayed.

Pfeifer, J., dissents.

**2010–2157.  Mitchell v. State.**

Hamilton App. No. C–100061. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, and IV; cause held for the decision in 2009–0088, *State v. Williams,* Warren App. No. CA2008–02–029, 2008-Ohio-6195; and briefing schedule stayed.

Pfeifer and Lundberg Stratton, JJ., would also accept the appeal on Proposition of Law Nos. V-VIII without holding.